# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

Brian Keith Davis
Terri Lynn Davis

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    September 20, 2019        /s/ Brian Keith Davis
                                    Debtor's Signature

DATED:    September 20, 2019        /s/ Terri Lynn Davis
                                    Joint Debtor's (if any) Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

Brian Keith Davis and Terri Lynn Davis

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

Ally Financial
P.o. Box 380901
Bloomington, MN 55438

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438

Capital One
Po Box 30281
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Convergent Outsourcing Inc.
800 SW 39th St.
Renton, WA 98057

Credit One Bank, N.A.
PO BOX 98875
Las Vegas, NV 89193

Deptartment Store National Bank/Macy's
Po Box 8218
Mason, OH 45040

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Financial
Po Box 15316
Wilmington, DE 19850

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

ERC/Enhanced Recovery Corp
Po Box 57547
Jacksonville, FL 32241

```
ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

FBCS Inc
2200 Byberry Rd., Ste. 120
Hatboro, PA 19040-3738

Hunt & Henriques
151 Bernal Rd., Ste. 8
San Jose, CA 95119-1306

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack H. Pogosian
10601 G Tierrasanta Blvd. #4540
San Diego, CA 92124

Merrick Bank/CardWorks
Po Box 9201
Old Bethpage, NY 11804

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding LLC
10601-G Tierrasanta Blvd. ,#4540
San Diego, CA 92124

Portfolio Recovery
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Portfolio Recovery Assoc, LLC
140 Corporate Boulevard
Norfolk, VA 23502
```

```
Superior Court of CA - Kern
1415 Truxtun Ave.
Bakersfield, CA 93301

Suttell Hammer & White
P.O. Box C - 90006
Bellevue, WA 98009
```